B 250E
(11/00)

# United States Bankruptcy Court
## District of Hawaii

In re __CJW MOTORS, INC.__          Case No. __09-01888__
          Debtor*
                                    Chapter __7__

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you on __8/19/2009__ in this bankruptcy court, requesting an order for relief under chapter __7__ of the Bankruptcy Code (Title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 20 days after the service of this summons. A copy of the petition is attached.

| **Address of the Clerk** |
|---|
| United States Bankruptcy Court |
| District of Hawaii |
| 1132 Bishop Street, Suite 250L |
| Honolulu, Hawaii 96813 |

At the same time, you must also serve a copy of your motion or answer upon the petitioner's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| Chuck C. Choi, Esq. |
| Wagner Choi & Verbrugge |
| 745 Fort Street, Suite 1900 |
| Honolulu, Hawaii 96813 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, order for relief will be entered.**

Dated: 8/20/2009                          */s/ Michael B. Dowling*
                                          *Clerk of Court*

---

*set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R. Bankr. P. 1005)